JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 05458
PITEGOFF LAW OFFICE INC
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Telephone No. (702) 808-7976
jpitegoff@yandex.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TARTANJULIA NORTH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, dba UNIVERSITY MEDICAL CENTER, a government entity:<br><br>Defendants. | CASE NO: 2:19-cv-00789-GMN-VCF<br><br>~~STIPULATION AND~~ ORDER TO ALLOW EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(FIRST EXTENSION REQUEST) |

Defendant UNIVERSITY MEDICAL CENTER (hereinafter "UMC"), by and through its attorney, Jeffrey I. Pitegoff, Esq. of the law firm of PITEGOFF LAW OFFICE INC. and TARTANJULIA NORTH, by and through her attorney, PHILIP TRENCHAK of MULLINS & TRENCHAK, hereby stipulate to allow Defendant University Medical Center of Southern Nevada up to and including June 18, 2019 to file a responsive pleading to the Complaint.

///

///

///

///

| | |
|---|---|
| 1 | This is the first extension requested in this case and is not sought for any improper |
| 2 | delay. Counsel for Defendant is out of town due to a prior scheduled vacation and needs |
| 3 | additional time, up to and including June 18, 2019, to review and consider a response to the |
| 4 | lawsuit. |

DATED this 28th day of May, 2019.

| | |
|---|---|
| /s/Phillip Trenchak | /s/Jeffrey Pitegoff |
| Phillip J. Trenchak, Esq. | Jeffrey I. Pitegoff, Esq. |
| **MULLINS & TRENCHAK** | **PITEGOFF LAW OFFICE INC.** |
| 1614 S. Maryland Pkwy | 330 E. Charleston Blvd., Suite 100 |
| Las Vegas, NV 89104 | Las Vegas, NV 89104 |
| (702)778-9444 | (702) 808-7976 |
| phil@mullinstrenchak.com | jpitegoff@yandex.com |

Dated this 28th day of May, 2019

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2