JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 05458
PITEGOFF LAW OFFICE INC
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Telephone No. (702) 808-7976
jpitegoff@yandex.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TARTANJULIA NORTH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, dba UNIVERSITY MEDICAL CENTER, a government entity:<br><br>Defendants. | CASE NO: 2:19-cv-00789-GMN-VCF<br><br>**STIPULATION AND ORDER TO ALLOW EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>**(SECOND OVERALL EXTENSION REQUEST)** |

Defendant UNIVERSITY MEDICAL CENTER (hereinafter "UMC"), by and through its attorney, Jeffrey I. Pitegoff, Esq. of the law firm of PITEGOFF LAW OFFICE INC. and TARTANJULIA NORTH, by and through her attorney, PHILIP TRENCHAK of MULLINS & TRENCHAK, hereby stipulate to allow Plaintiff, Tartanjulia North, up to and including June 21st, 2019 to file a First Amended Complaint. The Stipulation moots and vacates the Order for UMC to file a responsive pleading by June 18, 2019.

///

///

///

///

This is the second extension requested in this case and is not sought for any improper delay.

DATED this 13th day of June, 2019.

| | |
|---|---|
| ____/s/Phillip Trenchak_____<br>Phillip J. Trenchak, Esq.<br>**MULLINS & TRENCHAK**<br>1614 S. Maryland Pkwy<br>Las Vegas, NV 89104<br>(702)778-9444<br>phil@mullinstrenchak.com | ____/s/Jeffrey Pitegoff_____<br>Jeffrey I. Pitegoff, Esq.<br>**PITEGOFF LAW OFFICE INC.**<br>330 E. Charleston Blvd., Suite 100<br>Las Vegas, NV 89104<br>(702) 808-7976<br>jpitegoff@yandex.com |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTATE JUDGE

June 14, 2019

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of PITEGOFF LAW OFFICE INC. and that on this day, I personally served a true and correct copy of the attached by:

[ ]   U.S. Mail

[ x ]   CM-ECF Electronic filing system

[ ]   Facsimile Transmission

[ ]   Personal Service

Addressed to the following:

Phillip J. Trenchak, Esq.
**MULLINS & TRENCHAK**
1614 S. Maryland Pkwy
Las Vegas, NV 89104
(702)778-9444
phil@mullinstrenchak.com

Dated this 13th day of June, 2019.

          */s/              Jeffrey Pitegoff*
             An Employee of PITEGOFF LAW OFFICE INC.