# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TARTANJULIA NORTH, | Case No.: 2:19-cv-00789-GMN-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | |
| Defendant(s). | |

In light of the stipulation of dismissal, Docket No. 19, the early neutral evaluation set for tomorrow is hereby **VACATED**.

IT IS SO ORDERED.

Dated: September 25, 2019

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge